IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DARRYLE SMITH AND
JULIAN WASHINGTON,

    Plaintiffs,

v.                                    Case No.: ELH 14-3074

JUSTIN AITA,

    Defendant.

\* \* \* \* \* \* \*

## VERDICT SHEET

1. Do you find that Officer Aita used excessive force, in violation of Darryle Smith's Fourth Amendment Rights, during the traffic stop in question?

   _____ Yes    __X__ No

If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, proceed to Question 6.

2. In what amount, if any, do you award Darryle Smith in damages?

   Compensatory non-economic damages or nominal damages:      $_____

Proceed to Question 3.

3. Do you find that Officer Aita's conduct toward Darryle Smith during the traffic stop in question was malicious or wanton?

   _____ Yes    _____ No

Proceed to Question 4.

4. Do you find that punitive damages are necessary to deter or prevent Officer Aita and others like him from committing such conduct in the future?

   _____ Yes    _____ No

If you Answered "Yes" to Question 3 and/or Question 4, proceed to Question 5. If you Answered "No" to both Questions 3 and 4, proceed to Question 6.

5. In what amount, if any, do you award Darryle Smith in punitive damages?

   Punitive damages:             $_____

   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

6. Do you find that Officer Aita used excessive force, in violation of Julian Washington's Fourth Amendment Rights, during the traffic stop in question?

        _____ Yes   __X__ No

If you answered "Yes" to Question 6, proceed to Question 7. If you answered "No" to Question 6, your deliberations are complete. You may advise the Court Security Officer that you have reached a verdict.

7. In what amount, if any, do you award Julian Washington in damages?

   Compensatory non-economic damages or nominal damages:   $_____

Proceed to Question 8.

8. Do you find that Officer Aita's conduct toward Julian Washington during the traffic stop in question was malicious or wanton?

        _____ Yes   _____ No

Proceed to Question 9.

9. Do you find that punitive damages are necessary to deter or prevent Officer Aita and others like him from committing such conduct in the future?

        _____ Yes   _____ No

If you Answered "Yes" to Question 8 and/or Question 9, proceed to Question 10. If you Answered "No" to both Questions 8 and 9, your deliberations are complete. You may advise the Court Security Officer that you have reached a verdict.

10. In what amount, if any, do you award Julian Washington in punitive damages?

   Punitive damages:             $_____

Your deliberations are complete. You may advise the Court Security Officer that you have reached a verdict.

Date: \_\_\_\_February 18, 2016\_\_\_\_

**SIGNATURE SIGNATURE REDACTED**

Jury Foreperson